UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

GENE ALLEN,                       )     3:03-cv-00541-ECR-VPC
                                  )
    Petitioner,                  )     MINUTES OF THE COURT
                                  )
vs.                               )     DATE: March 21, 2011
                                  )
STATE OF NEVADA, *et al.*,        )
                                  )
    Respondents.                 )
_____)

PRESENT:      EDWARD C. REED, JR.                    U. S. DISTRICT JUDGE

Deputy Clerk:    COLLEEN LARSEN         Reporter:      NONE APPEARING

Counsel for Plaintiff(s) _____ NONE APPEARING _____

Counsel for Defendant(s) _____ NONE APPEARING _____

MINUTE ORDER IN CHAMBERS

    Petitioner's motion entitled " Motion to Vacate a Judgment Denying H/C Relief" (#26), filed June 30, 2010, is **DENIED**.

    In the present case, the Court dismissed this action on October 9, 2003, because the petition was not cognizable (#3). Petitioner filed notices of appeal (## 8, 10), on December 23, 2003, and January 8, 2004, respectively. The Court previously denied Petitioner's application for a certificate of appealability on February 20, 2004 (#14). On March 29, 2004, the Court of Appeals denied Petitioner's request for a certificate of appealability, and denied all pending motions, thereby terminating the appeal (#20).

    This is a closed case as of March 29, 2004. More than six years later, Petitioner has filed this motion (#26). Petitioner is not entitled, under the circumstances of this case, to vacate the judgment previously entered by the Court of Appeals.

                                                                            LANCE S. WILSON, CLERK

                                                                            By      /s/
                                                                                Deputy Clerk